IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : : : | CASE NO. 3:13-CV-62 |
| v. | : : | |
| $940,313.00 IN UNITED STATES FUNDS | : : : | |

VERIFIED CLAIM TO PROPERTY OR ASSET
($940,313.00 IN UNITED STATES FUNDS
CURRENCY) (ANDREW CLYDE AND CLYDE
ARMORY, INC.)

COMES NOW, Clyde Armory, Inc., Claimant herein, by and through the undersigned counsel, and files this, its VERIFIED CLAIM TO PROPERTY OR ASSET ($940,313.00 in United States Funds), and respectfully shows the following:

1.

This constitutes the claim of Clyde Armory, Inc.[1], hereinafter "Claimant," to property or an asset identified as $940,313.00 in United States Funds in the above-captioned action, hereinafter referred to as "the property," pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and a Notice of Forfeiture.

2.

Claimant hereby states that it possesses an interest in the property in that Claimant is an owner of the property.

---

[1] Andrew Clyde is the sole Shareholder of Clyde Armory, Inc.  Mr. Clyde submits that the funds may contain funds due to him through draw.  In an abundance of caution, he submits this claim as the CEO of Clyde Armory, Inc. and individually.

3.

Claimant hereby gives notice of its intention to file a verified answer and defenses to the Verified Complaint for Forfeiture *In Rem*, Doc. #1, within 20 days of the filing of this Verified Claim to Property or Asset $940,313.00 in United States Funds, pursuant to Rule 12 of the Federal Rules of Civil Procedure and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

4.

I attest and declare under penalty of perjury that the information provided in support of my claim is true and correct.

Respectfully submitted, this 3rd day of June, 2013.

                                        Clyde Armory, Inc.

                                By:     _Andrew S. Clyde_
                                        Andrew Clyde, individually and as
                                        President of Clyde Armory, Inc.

Sworn to and subscribed before
me, this 3rd day of June, 2013

_[signature]_
NOTARY PUBLIC

[Notary seal: JEFFREY M. CICORA, NOTARY PUBLIC, ATHENS-CLARKE COUNTY, GA, EXP. FEB. 17, 2017]

CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that he has this 4th day of June, 2013, filed the foregoing Verified Claim to Property or Asset using the Court's Case Management/Electronic Case Filing system, which will automatically deliver notice of, and serve, the foregoing document to the following parties in this case:

Michael J. Moore
United States Attorney &
Danial E. Bennett
Assistant United States Attorney
United States Attorney's Office for the Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202-1702

This 4th day of June, 2013.

PRIOR, DANIEL & WILTSHIRE, LLC

By:   /s/ Michael C. Daniel
Michael C. Daniel
State Bar No. 204237
Attorney for Claimant

490 N. Milledge Avenue
Athens, Georgia 30601
(706) 543-0002