IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO. 3:13-CV-62 |
| v. | : | |
| | : | |
| $940,313.00 IN UNITED STATES PROPERTY | : | |
| | : | |
| | : | JURY TRIAL DEMANDED |
| Claimants. | : | |

NOTICE OF CONSTITUTIONAL QUESTION[1]

Pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure, Andrew Clyde and Clyde Armory, Inc. (Claimants) give notice of raising the question of the constitutionality of the following federal statutes 18 USCS § 983, 31 USCS § 5313, 5317 & 5324 and Claimants submit that the Statute is unconstitutional on its face and in its implementation in this action. Claimants respectfully submit that the Statute on its face and as implemented violates Amendments V, VIII and XIV of the United States Constitution.

The questions are raised in Claimants Answer and Petition for Emergency Partial Release of Funds.

---

[1] Rule 5.1 is ambiguous. Paragraph 1 reflects "filing" the notice is not required if the United States is a party. However, Paragraph 2 has no similar provision when it discusses service of the notice. It appears to only require a notice when the United States is not a party. Upon consultation with Assistant U.S. Attorney Bennett, he was unwilling to waive the requirement, thus, this notice is being served in an abundance of caution and will be filed if directed by the Court.

Respectfully submitted this 4th day of June, 2013.

                                          PRIOR, DANIEL & WILTSHIRE, LLC

                              By:    */s/ Michael C. Daniel*
                                          Michael C. Daniel
                                          State Bar No. 204237
                                          Attorney for Claimant

490 N. Milledge Avenue
Athens, Georgia 30601
(706) 543-0002

CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that he has this 4th day of June, 2013, filed the foregoing Notice of Constitutional Question using the Court's Case Management/Electronic Case Filing system, which will automatically deliver notice of, and serve, the foregoing document to the following parties in this case:

Michael J. Moore
United States Attorney &
Danial E. Bennett
Assistant United States Attorney
United States Attorney's Office for the Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202-1702

The undersigned further certifies that he has mailed this notice to the following by certified mail.

Eric Holder
The Attorney General of the United States of America
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

This 4th day of June, 2013.

PRIOR, DANIEL & WILTSHIRE, LLC

By:   /s/ Michael C. Daniel
      Michael C. Daniel
      State Bar No. 204237
      Attorney for Claimant

490 N. Milledge Avenue
Athens, Georgia 30601
(706) 543-0002