IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$500,000.00 IN UNITED STATES FUNDS,<br>Defendant Property,<br><br>CLYDE ARMORY, INC.<br>and ANDREW CLYDE,<br>Claimants. | CASE NO. 3:13-CV-62 (CDL) |

## CONSENT ORDER

The Parties have executed and presented to the Court a Stipulation for Compromise Settlement and Release of Claims which is attached hereto and made a part of this Order, in which they agreed that $50,000.00 shall be forfeited to the United States, and the remainder of the Defendant Property released to Claimants Andrew Clyde, individually, and as President of Clyde Armory, Inc. The Plaintiffs will restore the money to Claimants' account through electronic transfer no later than September 15, 2013. Accordingly, the Court hereby makes the following Findings of Fact and Conclusions of Law:

1. The Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1345 and 1355, and venue is proper pursuant to 28 U.S.C. § 1395.

2. The United States has furnished due and legal notice of these proceedings as required by law to the Claimants. All persons known to the United States to have a possible interest in the Defendant Property have received actual notice and service of the Complaint and Warrant for Arrest In Rem in this action.

3. Claimants filed a Claim and an Answer in these proceedings, asserting their sole interest in the Defendant Property, and denying the allegations. Nevertheless, Claimants consent to the forfeiture of $50,000.00.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest of Claimants in $50,000.00 of the Defendant Property is hereby forfeited to the United States.

2. All other right, title, and interest in $50,000.00 of the Defendant Property is hereby forfeited to and vested in the United States, which shall have clear title to this property and may warrant good title to any subsequent transferee.

3. The Secretary of the Treasury or his authorized designee shall dispose of this property in accordance with the law.

4. The United States Department of Treasury, Internal Revenue Service, shall coordinate the release of the funds in the amount of $450,000.00. The Plaintiffs will restore the money to Claimants account through electronic transfer no later than September 15, 2013.

5. Pursuant to 28 U.S.C. § 2465, no parties shall be entitled to costs, including any costs under 28 U.S.C. § 2412, nor shall the person or persons who made the seizure of the Defendant Property, nor any attorney, agent, or employee of the United States, be liable to suit or judgment on account of the seizure of the Defendant Property or prosecution of the instant forfeiture action.

SO ORDERED, this   28th   , day of   August   , 2013.

                                              s/Clay D. Land
                                              CLAY D. LAND, JUDGE
                                              UNITED STATES DISTRICT COURT
                                              MIDDLE DISTRICT OF GEORGIA

THE ENTRY OF THE FOREGOING ORDER IS CONSENTED TO BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

_____
DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 052683
ATTORNEY FOR PLAINTIFF


_____
ANDREW CLYDE, individually and as
PRESIDENT of CLYDE ARMORY, INC.
CLAIMANTS


_____
MICHAEL C. DANIEL, ESQ.
ATTORNEY FOR CLAIMANTS
Georgia Bar No. 204237