# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>3:13-CV-62 (CDL) |
|---|---|
| DEFENDANT<br>$500,000.00 IN UNITED STATES FUNDS | TYPE OF PROCESS<br>RETURN OF FUNDS |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE. |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |
| | $450,000.00 in United States Funds; c/o IRS, Atlanta, Georgia   CATS #: 10-IRS-000609 |

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| United States Attorney's Office- M.D.Ga.<br>Danial E. Bennett, Assistant United States Attorney<br>Post Office Box 1702<br>Macon, Georgia 31202 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 2 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Per the attached Stipulation for Compromise Settlement and Release of Claims and Consent Order, please return the Defendant Property in the amount of $450,000.00 to Claimants Andrew Clyde and Clyde Armory, Inc., in accordance with the law.

| Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff  ( ) Defendant | TELEPHONE NO.<br>478-752-3511 | DATE<br>8/28/2013 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin<br>No._____ | District to Serve<br>No._____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.<br>Daum Kirkpatrick Special Agent | DATE<br>2/24/2015 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE. | ( ) A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE | ( ) AM<br>( ) PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY | | |

REMARKS:

The above-referenced property was returned to the defendant from the IRS on 8/5/13.